## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| **In the Matter of:** | ) |
| | ) |
| **FADHA UZZALDIN** | )   Case No.:   08-16083-RGM |
| | )   **Chapter 13** |
| Debtor | ) |
| | ) |
| | ) |
| | ) |

## OBJECTION TO CLAIM
## FILED BY BASMA AL-RAWE

COMES NOW Fadha Uzzaldin by counsel, and files this objection to the proof of claim, identified as claim number 13 (the "Claim"), filed by Basma Al-Rawe (the "Claimant") and, in support thereof, states as follows:

1. A chapter 13 petition was filed by the Debtor on October 2, 2008. The Chapter 13 plan was confirmed November 25, 2008.

2. The Claimant filed on or about January 29, 2009. The Claimant alleges that she has both a secured and a priority claim in the amount of $220,000.00. The Claim is based upon an Domestic Equitable Distribution award.

3. Debtor owns no real property, and upon information and belief, the Claim is not entitled to either secured or priority status. The Debtor objects to the secured Claim and the priority of the Claim.

4. The Debtor submits that the Claimant is entitled to a general unsecured claim in the total amount of $220,000.00.

WHEREFORE, Fadha Uzzaldin, by counsel, requests that the Court enter an order allowing the Claim as a general unsecured claim in the amount of $220,000.00.

                                                Respectfully submitted,
                                                Fadha Uzzaldin
                                                By Counsel

/s/ David R. Young, Jr._____
David R. Young, Jr.
VSB# 20127
Law Offices of David R. Young, Jr.
15 Loudoun Street, S.W., Suite C
Leesburg, Virginia 20175
(703) 777-8824 phone
(703) 286-7584 facsimile
Counsel for Respondent

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing pleading was sent by first class mail, postage prepaid, on this \_13\_ day of February 2009, to the U.S. Trustee, and the following:

    Basma Al-Rawe
    43950 Harbor Hill Terrace
    Apt 110
    Leesburg, VA 20176

    Thomas P. Gorman
    211 North Union Street, Suite 240
    Alexandria, VA  22314
    Chapter 13 Trustee

                                                /s/ David R. Young, Jr._____

                                                  David R. Young, Jr.