

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF VIRGINIA
(Alexandria Division)

In the Matter of:    Case No.: ~~08-1603-RGM~~
                     08-16083-RGM
Basman Al-Rawe       Chapter 13

Claimant

## OBJECTION TO BANKRUPTCY
## FILED BY FADHA UZZALDIN

1) The debtor does not dispute the amount of $220,000.00 in the claim, but disputes the priority of it and suggests that it be an unsecured claim.

2) According to Chapter 13 in the Bankruptcy Code under section §507, the claim submitted is a priority claim. The priority in section §507 states,

   "Allowed claims for debts to a spouse, former spouse, or child of the debtor, for alimony to, maintenance for, or support of such spouse or child, in connection with a separation agreement, divorce decree or other order of a court of record, determination made in accordance with State or territorial law by a governmental unit, or property settlement agreement, but not to the extent that such debt

   (A) is assigned to another entity, voluntarily, by operation of law, or otherwise; or
   (B) includes a liability designated as alimony, maintenance, or support, unless such liability is actually in the nature of alimony, maintenance or support.

3) The Bankruptcy code also requires that priority claims be paid in full and the most common priority claims are recent taxes and *family support*.

4) The Honorable Thomas D. Horne ordered that the debtor (Uzzaldin) pay to the claimant (Al-Rawe) a monetary lump sum of $195,500.00 subtracting the $5500.00 the claimant (Al-Rawe) owes towards the marital debt, making the amount $190,000.00. On top of that an additional amount of $30,000.00 to cover the attorney fee was awarded to Al-Rawe by the judge for Uzzaldin to pay; making the total amount owed $220,000.00.

Submitted by,

Basman Al-Rawe

Attached is a copy of the "Final Order of Divorce" in which you will find the aforementioned rewards on pages 9 and 10 under bullets 3, 4, 5, and 8.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing pleading was sent next day mail, postage prepaid, on this 2nd day of April 2009, to the following;

Clerk of Court
United States Bankruptcy Court
200 South Washington Street
PO Box 19247
Alexandria, VA 22320

Thomas P. Gorman
211 North Union Street, Suite 240
Alexandria, VA 22314
Chapter 13 Trustee

David R. Young, Jr., Esq.
Law Offices of David R. Young, Jr.
15 Loudoun St., S.W., Suite C
Leesburg Virginia 20175

Basman Al-Rawe