# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

FADHA UZALDIN,

    Debtor.

Case No. 08-16083-RGM
(Chapter 13)

## ORDER

THIS CASE was before the court on September 23, 2009, on the court's order to show cause. Upon consideration, of which and for the reasons stated on the record; it is

ORDERED:

1. The petition in this case was not filed in bad faith.

2. The present plan does not satisfy the confirmation requirements of chapter 13 in light of the allowed claim of Basman Al-Rawe, thus the confirmation order entered on November 25, 2008 (Docket Entry 10) must be vacated and a new plan must be proposed. This renders moot the issue of whether the plan was filed in good faith.

3. The order entered on the docket on November 25, 2008 (Docket Entry 10) confirming the debtor's plan filed on October 2, 2008, is vacated.

4. Proof of claim number 13 of Basman Al-Rawe is allowed as follows:

    a. as a secured claim in the amount of $4,303.61
    b. as a priority claim in the amount of $30,000
    c. as an unsecured claim without priority in the amount of $185,696.39

4. The debtor shall continue to make payments in the amount of $279 to the trustee until a new plan is proposed at which time he will commence making payments as proposed in the new plan.

5. The trustee is authorized and directed to forthwith pay the balance of the secured

claim to Ms. Al-Rawe.

DONE at Alexandria, Virginia, this 23rd day of September, 2009.

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Copy electronically to:

Thomas P. Gorman
David R. Young, Jr.

Copy mailed to:

Basma Al-Rawe
43950 Harbor Hills Terrace
Apt. 110
Leesburg, Virginia 20176-3446

15489