**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>Fadha Uzaldin<br><br>Debtor | Chapter 13<br><br>Case No. 08-16083-RGM |

**OBJECTION TO CONFIRMATION OF MODIFIED PLAN,**
**NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Modified Chapter 13 Plan filed December 14, 2009. The cause for this objection is as follows:

> **Violation of 11 U.S.C. §1325(a)(5)** - Failure to pay secured creditor the value of the collateral.
> - The Modified Plan does not provide for the secured portion of the claim of Basma Al-Rawe as per Court Order of September 23, 2009.
>
> **Violation of 11 U.S.C. §1325(a)(6)** - Feasibility.
> - The budget of the Debtor does not support the Plan payment.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court

**Notice of Objection To Confirmation**
Fadha Uzaldin, Case #08-16083-RGM

will receive it on or before the date stated above.  You must mail a copy to the persons listed below.

***Attend the hearing to be held on January 27, 2010 at 9:30 a.m. in Courtroom #3 on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

>Thomas P. Gorman
>300 North Washington Street, Ste, 400
>Alexandria, VA 22314

>Clerk of the Court
>United States Bankruptcy Court
>200 South Washington Street
>Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _December 23, 2009_____            __/s/Thomas P. Gorman _____
                                          Thomas P. Gorman
                                          Chapter 13 Trustee
                                          300 N. Washington Street, #400
                                          Alexandria, VA 22314
                                          (703) 836-2226
                                          VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 23rd day of December, 2009, mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Fadha Uzaldin | David R. Young, Jr. |
| Chapter 13 Debtor | Attorney for Debtor |
| 13031 Elm Tree, Apt. 3031 | 15 Loudoun Street, SW, Suite C |
| Herndon, VA 20171 | Leesburg, VA 20175 |

                                          __/s/ Thomas P. Gorman_____
                                          Thomas P. Gorman