**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>FADHA UZALDIN<br><br>Debtor | Chapter 13<br><br>Case No. 08-16083-RGM |

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

> **Violation of 11 U.S.C. §1307(c)(6) -** Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Fadha Uzaldin, Case # 08-16083-RGM

***Attend the hearing to be held on January 26, 2011 at 9:30 a.m., in Courtroom # 3 on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste. 400
> Alexandria, VA 22314

> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _December 13, 2010_____       __/s/ Thomas P. Gorman_____
                                     Thomas P. Gorman
                                     Chapter 13 Trustee
                                     300 N. Washington Street, # 400
                                     Alexandria, VA 22314
                                     (703) 836-2226
                                     VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 13th day of December, 2010, mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Fadha Uzaldin | David R. Young, Jr. |
| Chapter 13 Debtor | Attorney for Debtor |
| 13031 Elm Tree, Apt. 3031 | 15 Loudoun Street, SW |
| Herndon, VA 20171 | Suite C |
| | Leesburg, VA 20175 |

                                     __/s/ Thomas P. Gorman_____
                                     Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 12/13/2010

CASE NO: 08-16083-RGM
STATUS: BASE PLAN

DEBTOR: XXX-XX-5344
UZALDIN, FADHA
AKA:

DATE FILED: 10/02/2008
CONFIRMED: 11/25/2008
LATEST 341: 10/28/2008
PERCENTAGE: 5.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 11/2008
ON SCHEDULE: 15,022.61
ACTUAL PAYMENTS: 11,569.61
AMOUNT BEHIND: 3,453.00

13031 ELM TREE, APT. 3031
HERNDON, VA 20171

ATTORNEY: DAVID R. YOUNG, JR.
15 LOUDOUN STREET, SW
SUITE C
LEESBURG, VA 20175
Phone:703 777-8824 Fax: 703 286-7584

Needed to Complete Base:
BASE: 51,022.61
39,453.00

SCHEDULE: 850.00 MONTHLY
TOTAL PAID: 11,569.61

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 10/13/10 | PC | 830.00 |
| 08/31/10 | PC | 850.00 |
| 07/14/10 | PC | 830.00 |
| 06/22/10 | PC | 850.00 |
| 04/06/10 | PC | 279.00 |
| 03/09/10 | PC | 279.00 |
| 03/03/10 | PC | 279.00 |
| 12/15/09 | PC | 279.00 |
| 12/02/09 | PC | 279.00 |
| 11/02/09 | PC | 279.00 |
| 09/23/09 | PC | 279.00 |
| 07/28/09 | PC | 279.00 |
| 06/03/09 | PC | 279.00 |
| 04/20/09 | PC | 279.00 |

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | ECAST | ECAST SETTLEMENT CORP. CHASE | PRO 02/2009 | UNS 5.00 | 0.00 0.00 | 0.00 0.00 | 11,382.53 11,058.00 | 11,382.53 569.13 | 569.13 0.00 | 0.00 0.00 |
| 002 | 270932 | ASHBURN VILLAGE COMMUNITY ASSOC FILED HIGH | PRO 11/2008 | UNS 5.00 | 0.00 0.00 | 0.00 0.00 | 855.58 468.00 | 855.58 42.78 | 42.78 0.00 | 0.00 0.00 |
| 003 | 314113 | ROUNDUP FUNDING, LLC BANANA REPUBLIC | PRO 12/2008 | UNS 5.00 | 0.00 0.00 | 0.00 0.00 | 3,456.70 3,376.00 | 3,456.70 172.84 | 172.84 0.00 | 0.00 0.00 |
| 004 | 319714 | BASMA AL-RAWE PER CT ORD OF 8/7/09 SEE NOTES | PRO 10/2010 | PRI 100.00 | 0.00 0.00 | 0.00 0.00 | 30,000.00 0.00 | 30,000.00 30,000.00 | 4,421.41 0.00 | 25,578.59 0.00 |
| 004 | 319714 | BASMA AL-RAWE PER CT ORD OF 8/7/09 SEE NOTES | PRO 12/2009 | SEC 100.00 | 0.00 0.00 | 0.00 0.00 | 4,303.61 0.00 | 4,303.61 4,303.61 | 4,303.61 0.00 | 0.00 0.00 |
| 004 | 319714 | BASMA AL-RAWE PER CT ORD OF 8/7/09 SEE NOTES | PRO | UNS 5.00 | 0.00 0.00 | 0.00 0.00 | 185,696.39 220,000.00 | 185,696.39 9,284.82 | 0.00 0.00 | 9,284.82 0.00 |
| 005 | 318809 | FDS BANK/BLOOMINGDALES | PRO 11/2008 | UNS 5.00 | 0.00 0.00 | 0.00 0.00 | 387.02 200.00 | 387.02 19.35 | 19.35 0.00 | 0.00 0.00 |
| 006 | 321074 | PRA RECEIVABLES MANAGEMENT, LLC CAPITAL ONE- CLC CONSUMER | PRO | UNS 5.00 | 0.00 0.00 | 0.00 0.00 | 2,944.60 3,008.00 | 2,944.60 147.23 | 0.00 0.00 | 147.23 0.00 |
| 007 | 319001 | CHASE HOME FINANCE | PRO | UNS 5.00 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 008 | LVNV | LVNV FUNDING LLC. CITIBANK | PRO 12/2008 | UNS 5.00 | 0.00 0.00 | 0.00 0.00 | 7,267.25 7,058.00 | 7,267.25 363.36 | 363.36 0.00 | 0.00 0.00 |
| 009 | 323401 | CR EVERGREEN, LLC GE MONEY | PRO 11/2008 | UNS 5.00 | 0.00 0.00 | 0.00 0.00 | 1,012.59 965.00 | 1,012.59 50.63 | 50.63 0.00 | 0.00 0.00 |
| 010 | ECAST | ECAST SETTLEMENT CORP. GM CARD/HSBC | PRO 02/2009 | UNS 5.00 | 0.00 0.00 | 0.00 0.00 | 5,106.15 4,979.00 | 5,106.15 255.31 | 255.31 0.00 | 0.00 0.00 |
| 011 | 319717 | HERNDON LAW FIRM | PRO | UNS 5.00 | 0.00 0.00 | 0.00 0.00 | 17,984.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 012 | 319718 | JOHN HUDDLESTON | PRO | UNS 5.00 | 0.00 0.00 | 0.00 0.00 | 2,744.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 013 | 261770 | COUNTY OF LOUDOUN, TREASURER | PRO | UNS 5.00 | 0.00 0.00 | 0.00 0.00 | 2,788.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 014 | 307221 | FDS BANK - MACY'S | PRO 11/2008 | UNS 5.00 | 0.00 0.00 | 0.00 0.00 | 242.57 190.00 | 242.57 12.13 | 12.13 0.00 | 0.00 0.00 |
| 015 | 319719 | MATTHEW SPENCER | PRO | UNS 5.00 | 0.00 0.00 | 0.00 0.00 | 2,900.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 016 | 319720 | THOMAS V. MULRINE | PRO 11/2008 | UNS 5.00 | 0.00 0.00 | 0.00 0.00 | 3,850.00 7,200.00 | 3,850.00 192.50 | 192.50 0.00 | 0.00 0.00 |
| 017 | ECAST | ECAST SETTLEMENT CORP. CHASE | PRO 02/2009 | UNS 5.00 | 0.00 0.00 | 0.00 0.00 | 8,252.00 8,213.00 | 8,252.00 412.60 | 412.60 0.00 | 0.00 0.00 |
| 018 | ECAST | ECAST SETTLEMENT CORP. FIA CARD -FILED HIGH | PRO | UNS 5.00 | 0.00 0.00 | 0.00 0.00 | 8,689.31 0.00 | 8,689.31 434.47 | 0.00 0.00 | 434.47 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                                                                                                                        ToolBar 9.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 12/13/2010

CASE NO: 08-16083-RGM
STATUS: BASE PLAN

DEBTOR: XXX-XX-5344
UZALDIN, FADHA

SCHEDULE: 850.00 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE LAST DISB | CLASS PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | YOUNG | DAVID R. YOUNG, JR. | PRO | ATY 100.00 | | 0.00 0.00 | 2,774.00 2,774.00 | 2,774.00 2,774.00 | 0.00 0.00 | 0.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 743.96 | 743.96 | |
| | | | | | TOTALS: | 0.00 0.00 | 276,220.30 295,905.00 | 276,964.26 49,778.72 | 11,559.61 0.00 | 35,445.11 0.00 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 2,774.00 | 0.00 | 0.00 | 293,131.00 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 2,774.00 | 30,000.00 | 4,303.61 | 11,957.15 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 0.00 | 4,421.41 | 4,303.61 | 2,090.63 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 2,774.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 25,578.59 | 0.00 | 9,866.52 | 0.00 | DUE CREDITORS: | 35,445.11 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 2,222.38 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 10.00 |
| BALANCE DUE: | 0.00 | 0.00 | 25,578.59 | 0.00 | 9,866.52 | 0.00 | APPROX BALANCE: | 37,657.49 |

\*\* Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                                                                    ToolBar 9.5