# United States Bankruptcy Court
### For the
### Eastern District of Virginia
### Alexandria Division

In the matter of:  
**Basman Al-Rawe**  
Claimant

Case NO: 08-16083-RGM  
Chapter 13

**Fadha Uzaldin**  
Debtor

Attn: Thomas P. Gorman, Trustee  
300 North Washington Street, #400  
Alexandria, VA 22314

## NOTICE OF OBJECTION TO PROPOSED ALLOWANCE FROM THE BANKRUPTCY COURT

In a recent notice, I was informed that I would only be receiving a certain percentage of the money that was awarded to me from my divorce settlement. At the end of the divorce Fadha Uzaldin was given one calendar year to pay me the money that was awarded to me. He failed to do so and then was arrested for failure to comply with the court order. Shortly after, he filed for bankruptcy. Before he filed for bankruptcy he transferred all of his money to his mother, who then transferred it all to overseas accounts. The proof of this was presented before to the Loudon County courts. While Fadha was filing for bankruptcy he was unsuccessful finding work here. He then went back to Dubai and was able to find a job with a well paying salary. The amount that was awarded to me was decided for many different reasons. When Fadha Uzaldin filed for bankruptcy, the house that we lived in was foreclosed. I then had no choice but to borrow money from my family members to find a place of residence for my son Steven and I to live in. A small portion of that money that is owed to me will help me pay my family back for the money that they loaned to me. This money is also a necessity to supplement my son Stevens's everyday care: to pay for his after school care, tutoring, extra- curricular activities, and will help to save for Steven's college education, and is very crucial to his well being. Without this money it will make it even more of a challenge. I am more then willing to set up a payment plan with Fadha. Or come up with some other way to receive the payments. But I feel as though it is my right to receive this

money. I am the sole provider for my son Steven and the things that are crucial for him to be successful in life.

Respectfully Submitted,

_____
Basman Al-Rawe
19197 Winmeade Drive
Leesburg, VA 20176

Commonwealth of Virginia
County of Fairfax

Subscribed and sworn to before my *by Basman Al-Rawe* this 23 day of February, 2011

_____
Notary Public

11 8264

My commission expires 12/31/2012