**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| FADHA UZALDIN | Case No. 08-16083-RGM |
| Debtor | |

## **WITHDRAWAL**

      I ask that the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division to please withdraw this Trustee's Motion to Dismiss filed with this Court on the above captioned matter and scheduled for hearing on June 29, 2011.

| | |
|---|---|
| _June 20, 2011 _____ | _/s/ Thomas P. Gorman _____ |
| Dated | Thomas P. Gorman |
| | Chapter 13 Trustee |
| | 300 N. Washington Street, #400 |
| | Alexandria, VA  22314 |
| | (703) 836-2226 |
| | VSB #26421 |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 20th day of June, 2011 mailed a true copy of the foregoing Withdrawal to the following parties.

| | |
|---|---|
| Fadha Uzaldin | Richard G. Hall, Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| Block 9, Street 5, Bldg 45, Apt. #3 | 7369 Mcwhorter Place, Ste. 412 |
| Jabriya, Kuwait | Annandale, VA 22003 |

                                                   ___/s/ Thomas P. Gorman _____
                                                   Thomas P. Gorman